United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 23-01190-MJC

Michaelle Ann Monto     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jul 17, 2023     Form ID: ntcnfhrg     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michaelle Ann Monto, 28 Ashton Rd, Harveys Lake, PA 18618-3174 |
| 5544221 | | Attn: Wayne M. Pecht, Esquire, Law Offices of Johnson Duffie, PO Box 109, Lemoyne, PA 17043-0109 |
| 5544235 | | Kelly Monto, c/o Law Offices of Craig Diehl, 3464 Trindle Rd Ofc, Camp Hill, PA 17011-4436 |
| 5544236 | | Law Offices of Craig A. Diehl, 3464 Trindle Rd, Camp Hill, PA 17011-4436 |
| 5544237 | | Law Offices of Criag A. Diehl, 3464 Trindle Rd, Camp Hill, PA 17011-4436 |
| 5544219 | | Monto Michaelle Ann, 28 Ashton Rd, Harveys Lake, PA 18618-3174 |
| 5546754 | + | OneMain Financial, PO Box 679220, Dallas, TX 75267-9220 |
| 5544238 | | Onemain/launch, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 5549161 | + | Recovery Exchange, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5544258 | | Zachery R. Monto, 740 School House Ln, Lewisberry, PA 17339-9543 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 17 2023 18:59:43 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5544223 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2023 18:59:56 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5544222 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2023 18:47:56 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5544224 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 17 2023 18:49:16 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5546941 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 17 2023 18:49:22 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5548689 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 17 2023 18:49:22 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5554099 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2023 18:59:56 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5544225 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:40 | Cbna, Attn: Bankruptcy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5544226 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:46 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5544227 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:36 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5544228 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:43 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5544229 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 17 2023 18:47:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 182125, Columbus, OH 43218-2125 |
| 5544230 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 17 2023 18:47:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 5544231 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 17 2023 18:47:00 | Feb/Gfscs-Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 5544232 | | Email/Text: bankruptcy@firstelectronic.com | Jul 17 2023 18:47:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 5544233 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 17 2023 18:47:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 5544234 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 17 2023 18:49:15 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5550250 | + | Email/Text: RASEBN@raslg.com | Jul 17 2023 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5544220 | | Email/Text: mylawyer@jpplaw.com | Jul 17 2023 18:47:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5552712 | | Email/Text: bnc-quantum@quantum3group.com | Jul 17 2023 18:47:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5544240 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:59:43 | Syncb/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5544244 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2023 18:48:25 | Syncb/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5544245 | | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:59:43 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5544239 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:59:55 | Syncb/amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5544241 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:59:43 | Syncb/lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5544242 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:49:19 | Syncb/ppc, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5544243 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:49:16 | Syncb/tjx Cos, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5544247 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:48:33 | Syncb/zulily, PO Box 71740, Philadelphia, PA 19176-1740 |
| 5544246 | | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:59:33 | Syncb/zulily, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5544248 | | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:59:55 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5544249 | | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:49:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 5544250 | | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:48:25 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5544251 | | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:49:15 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5544252 | | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:59:43 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5544253 | | Email/Text: bncmail@w-legal.com | Jul 17 2023 18:47:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5544254 | | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 17 2023 18:47:00 | Tbom - Genesis Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 5544255 | | Email/Text: bncmail@w-legal.com | Jul 17 2023 18:47:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 5544256 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:55 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5544257 | | Email/Text: hphillips@uwm.com | Jul 17 2023 18:47:00 | United Wholesale Mortgage, 585 South Blvd E, Pontiac, MI 48341-3163 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Michaelle Ann Monto MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michaelle Ann Monto,
aka Michaelle A. Monto, aka Michaelle Monto,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−01190−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 17, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 24, 2023<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 17, 2023 |

ntcnfhrg (08/21)