Parcel No: 27-000-QF-0086.C0-00000 (740 School House Lane)

# EXECUTRIX'S DEED

THIS INDENTURE is made this 27TH day of May, 2022

**BETWEEN**

    **KELLY MONTO**, Executrix of the Estate of Scott Monto a/k/a Scott A. Monto,

               herein designated as the Grantor,

    **AND**

    **ZACHARY R. MONTO**, single man,

               herein designated as the Grantee.

    **WHEREAS**, Scott A. Monto, by Deed dated June 26, 2017 and recorded July 13, 2017 in the Office of the Recorder of Deeds in and for York County, Pennsylvania, in Record Book 2429, Page 5749, granted and conveyed unto Scott A. Monto; and

    **WHEREAS**, Scott A. Monto died on September 8, 2021; and

    **WHEREAS**, the Register of Wills of York County, Pennsylvania, granted Letters of Administration D.B.N. C.T.A. to Kelly Monto, the Grantor herein, on March 23, 2022, and filed to Estate No. 6721-2316, thereby granting her authority to grant and convey said premises pursuant to Section 3351 of the Pennsylvania Probate, Estate and Fiduciary Code (20 Pa. C.S.A. Section 3351).

    **NOW THIS INDENTURE WITNESSETH**, that the said Grantor, for and in consideration of the sum of **One and 00/100 ($1.00) Dollar** lawful money of the United States of America, unto her, well and truly paid by the said Grantee at and before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, granted, bargained, sold, aliened, released and confirmed, and by these presents does grant, bargain, sell, alien, release and confirm unto the said Grantee, his heirs and assigns,

    **ALL THAT CERTAIN** lot or tract of land situate in Fairview Township, York County, Commonwealth of Pennsylvania more particularly bounded and described as follows, to wit:

BEGINNING at an iron pin on the dividing line of Lot #1 and lands now or formerly of Cynthia L. Stine as shown on the hereinafter referenced Subdivision Plan; thence North 46 degrees 08 minutes 46 seconds East for a distance 117.69 feet to a PK nail; thence by lands now or formerly of Kenneth E. and Susan R. Ribble, South 45 degrees 55 minutes 59 seconds East for a distance of 276.96 feet to an iron pin; thence by same North 39 degrees 52 minutes 56 seconds East a distance of 126.23 feet to an iron pin; thence by Lot #1A and Lot #3A as shown on the hereinafter referenced Subdivision Plan, South 38 degrees 17 minutes 04 seconds East for a distance of 155.82 feet to a point; thence by Lot #3A as shown on the hereinafter referenced Subdivision Plan, South 42 degrees 48 minutes 00 seconds West for a distance of 108.00 feet to an iron pin; thence by lands now or formerly of Cynthia L. Stine, North 38 degrees 17 minutes 04 seconds West for a distance of 115.68 feet to an iron pin; thence by same South 57 degrees 32 minutes 47 seconds West for a distance of 131.69 feet to a post; thence by same North 46 degrees 21 minutes 50 seconds West for a distance of 283.50 feet to an iron pin, the place of BEGINNING.

CONTAINING 1.158 net acres.

BEING Final Lot #1 on a Preliminary/Final Subdivision Plan for Nolan T. and Cheryl A. White, 732 School House Lane, prepared by ACT ONE & Associates, and recorded to Instrument No. 2016031950, as shown on Page 3 as a consolidation of Lot #1 and Lot #3B from Page 2 of same said above mentioned Plan, recorded in the Office of the Recorder of Deeds in and for York County, Pennsylvania.

UNDER AND SUBJECT to all other agreements, easements and restrictions of record.

**THIS TRANSFER IS BETWEEN FATHER'S ESTATE AND SON AND THEREFORE IS EXEMPT FROM PENNSYLVANIA REALTY TRANSFER TAX.**

TOGETHER with all and singular improvements, buildings, ways, waters, water courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever thereunto belonging, or in any way appertaining and the reversions and remainders, rents, issues and profits thereof; and also all the estate, right, title, interest, use, trust, property, possession, claim and demand whatsoever, of him, the said Scott Monto a/k/a Scott A. Monto, as and immediately before the time of his decease, in law, equity, or otherwise howsoever, of, in, to, or out of the same.

TO HAVE AND TO HOLD the said parcel above-described with improvements thereon, hereditaments and premises hereby granted and released, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, to and for the only proper use and behoof of the said Grantee, his heirs and assigns forever, AND the said Grantor, for himself, his heirs, executors and administrators, do covenant, promise and agree, to and with the said Grantee, his heirs and assigns, that he has not done, committed, or knowingly or unwillingly suffered to be done or committed, any act, matter or thing whatsoever whereby the premises hereby granted, or any part

thereof, is, are, shall or may be impeached, charged or encumbered, in title, charge, estate, or otherwise howsoever.

**IN WITNESS WHEREOF,** the said Grantor has hereunto set her hand and seal the day and year first above written.

**SIGNED,** sealed and delivered in the presence of:

_____  _____
WITNESS  KELLY MONTO, Executrix of the
 Estate of Scott Monto a/k/a Scott A.
 Monto

**COMMONWEALTH OF PENNSYLVANIA** :
 : SS.
**COUNTY OF CUMBERLAND** :

On this _27_ day of May, 2022, before me, a Notary Public, personally appeared **KELLY MONTO, Executrix of the Estate of Scott Monto a/k/a Scott A. Monto,** known to me (or satisfactorily proven) to be the person whose name is subscribed to the within Deed and acknowledged that she executed the same for the purposes therein contained.

**Witness** my hand and seal the day and year aforesaid.

Commonwealth of Pennsylvania - Notary Seal
Nancy A. Stough, Notary Public
York County
My commission expires April 17, 2026
Commission number 1188883
Member, Pennsylvania Association of Notaries

_____
Notary Public

The undersigned certifies that the precise residence and complete post office address of the Grantee is:

740 School House Lane
Lewisberry, PA 17339

_____
Attorney/Agent for Grantee

 

**1830019105**

| RECORDER'S USE ONLY |
|---|
| State Tax Paid: |
| Book: | Page: |
| Instrument Number: |
| Date Recorded: |

**pennsylvania** DEPARTMENT OF REVENUE (EX) MOD 06-19 (FI)

# REV-183
BUREAU OF INDIVIDUAL TAXES
PO BOX 280603
HARRISBURG, PA 17128-0603

## REALTY TRANSFER TAX STATEMENT OF VALUE
COMPLETE EACH SECTION

### SECTION I — TRANSFER DATA

**Date of Acceptance of Document:** 05/27/2022

| Grantor(s)/Lessor(s) | Telephone Number | Grantee(s)/Lessee(s) | Telephone Number |
|---|---|---|---|
| ESTATE OF SCOTT A. MONTO | | ZACHARY R. MONTO | |

| Mailing Address | | Mailing Address | | |
|---|---|---|---|---|
| 740 SCHOOL HOUSE LANE | | 740 SCHOOL HOUSE LANE | | |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| LEWISBERRY | PA | | LEWISBERRY | PA | |

### SECTION II — REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 740 SCHOOL HOUSE LANE | LEWISBERRY |

| County | School District | Tax Parcel Number |
|---|---|---|
| YORK | WEST SHORE | 27-000-QF-0086.C0-00000 |

### SECTION III — VALUATION DATA

Was transaction part of an assignment or relocation?  ○ YES  ⬤ NO

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 1.00 | + 0.00 | = 1.00 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
|---|---|---|
| 151,690.00 | x 1.32 | = 200,230.80 |

### SECTION IV — EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| $ 200,230.80 | 100 % | 100 % |

**2. Fill in the Appropriate Oval Below for Exemption Claimed.**

⬤ Will or intestate succession. SCOTT A. MONTO 6721-2316
  (Name of Decedent)  (Estate File Number)

○ Transfer to a trust. (Attach complete copy of trust agreement and all amendments.)

○ Transfer from a trust. (Attach complete copy of trust agreement and all amendments.)

○ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

○ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

○ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

○ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

○ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

○ Other (Provide a detailed explanation of exemption claimed. If more space is needed attach additional sheets.)

### SECTION V — CORRESPONDENT INFORMATION - All inquiries may be directed to the following person:

| Name | | | Telephone Number | |
|---|---|---|---|---|
| | | | | |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| | | | |

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

Signature of Correspondent or Responsible Party: *Craig A. Diehl, Esquire*   Date: 6/9/22

FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.

**1830019105**

**1830019105**

PAGE 1

YORK COUNTY RECORDER OF DEEDS
28 EAST MARKET STREET
YORK, PA 17401

*Laura Shue - Recorder*
*Tina M. Channell - Deputy*

Instrument Number - 2022032214
Recorded On 6/14/2022 At 2:10:59 PM
* Instrument Type - DEED
Invoice Number - 1498634
* Grantor - MONTO, SCOTT-EST
* Grantee - MONTO, ZACHARY R
User - JLC
* Customer - LAW OFFICES OF CRAIG A DIEHL

Book - 2733   Starting Page - 3669
* Total Pages - 5

* Received By:  MAIL

* **FEES**

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $40.25 |
| RECORDING FEES | $15.00 |
| AFFORDABLE HOUSING | $11.50 |
| PIN NUMBER FEES | $10.00 |
| BLIGHT DEMOLITION FUND | $15.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TOTAL PAID | $97.25 |

York County UPI Certification
On June 14, 2022 By JV

PARCEL IDENTIFICATION NUMBER
 27000QF0086C000000
Total Parcels: 1

I Certify This Document To Be
Recorded In York County, Pa.



Recorder of Deeds

THIS IS A CERTIFICATION PAGE
## PLEASE DO NOT DETACH
THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Book: **2733**  Page: **3673**