IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAELLE ANN MONTO, | : | CASE NO: 5:23-bk-01190-MJC |
| | : | |
| Debtor | : | |
| | : | |
| KELLY MONTO, EXECUTRIX OF SCOTT MONTO ESTATE , | : | |
| | : | |
| Movant | : | |

## CERTIFICATE OF NON-CONCURRENCE

    I, Craig A. Diehl, counsel for Kelly Monto, Executrix of Scott Monto Estate, hereby certifies that Debtor's Counsel, Jason P. Profinzano, Esq., does not concur with the filing of this Motion. Therefore, Creditor files the Motion with Non-Concurrence.

Dated: September 11, 2023            /s/ Craig A. Diehl, Esquire, CPA
                                                           Craig A Diehl, Esq., CPA
                                                           3464 Trindle Road
                                                           Camp Hill, PA 17011
                                                           (717) 763-7613