UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAELLE ANN MONTO<br>   Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>   Movant | : | |
| vs. | : | |
| MICHAELLE ANN MONTO<br>   Respondent | : | CASE NO. 5-23-bk-01190 |

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

  AND NOW, this 26th day of September, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

  1. Debtor's plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

  a. Residential real estate. The Trustee has requested proof of the value of the debtor's home as stated in her schedules. More specifically, in order to preserve the Trustee's right to file an action to recover the estate's equity in the real property, Trustee requires debtor and her mother to execute a Tolling Agreement to toll the statute of limitations for the period of time it takes the debtor to complete the plan payments.

  WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

  a. Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

                                                Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/Agatha R. McHale
        Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 26th day of September, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Jason Provinzano, Esquire
16 W. Northampton Street
Wilkes Barre, PA   18701

                                        /s/Deborah A. DePalma
                                        Office of Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee