UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAELLE ANN MONTO : CHAPTER 13
    Debtor(s) :
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
:
vs. :
:
MICHAELLE ANN MONTO :
    Respondent(s) : CASE NO. 5-23-bk-01190

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 20th day of October, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about September 26, 2023 be withdrawn as all issues have been resolved.

        Respectfully submitted:

        /s/Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 20th day of October, 2023, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Jason Provinzano, Esquire
16 W. Northampton Street
Wilkes Barre, PA 18701

        /s/Deborah A. DePalma
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee