Revised 04/2014

# UNITED STATES BANKRUPTCY COURT
## Niddle District - Pennsylvania

IN RE: Michaelle Monto )
)  Case No. 23-01190
)  Chapter 13
)
Debtor(s) )

### NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**

**(both may be selected, if applicable)**  Notice Address  
Payment Address  ☒

**OLD ADDRESS:**  
ONEMAIN FINANCIAL (Name)  
PO BOX 679220 (Street Address or P.O. Box)  
Dallas, TX 75267 (City, State, Zip Code)

**NEW ADDRESS:**  
ONEMAIN FINANCIAL  
PO BOX 845073 (Street Address or P.O. Box)  
Dallas, TX 75284 (City, State, Zip Code)

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/s/ Danielle Madej  
Signature of Creditor or Creditor's Attorney  
OneMain Financial  
601 NW Second St  
Evansville, IN 47731-3251  
800-266-9800

Name/OBA#/Address/Telephone #/Email

Case 5:23-bk-01190-MJC   Doc 75   Filed 02/24/25   Entered 02/24/25 14:35:40   Desc
Main Document   Page 1 of 1