Revised 04/2014

# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania (Wilkes-Barre)

**IN RE:  Michaelle Monto**

|  |  |
|---|---|
| ) | |
| ) | **Case No.  23-01190** |
| ) | **Chapter 13** |
| ) | |
| **Debtor(s)** ) | |

## <u>NOTICE OF CHANGE OF ADDRESS OF CREDITOR</u>

**Address to be changed:**

**(both may be selected, if applicable)**

                **Notice Address**       ☒
                **Payment Address**    ☒

**OLD ADDRESS:**

ONEMAIN FINANCIAL SERVICES
(Name)

PO BOX 845073
(Street Address or P.O. Box)

Dallas, TX 75284
(City, State, Zip Code)

NEW ADDRESS:

ONEMAIN FINANCIAL

PO BOX 3251
(Street Address or P.O. Box)

Evansville, IN 47731-3251
(City, State, Zip Code)

*NOTE:  This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/s/ Amanda Lemmons
Signature of Creditor or Creditor's Attorney
OneMain Financial
601 NW Second St
Evansville, IN 47731-3251
800-266-9800

Name/OBA#/Address/Telephone #/Email