In re:                                                              Case No. 23-01190-MJC

Michaelle Ann Monto                                                Chapter 13
                Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                          Page 1 of 2

Date Rcvd: Jul 15, 2026                 Form ID: trc                             Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 5559022 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 15 2026 18:50:00 | UNITED WHOLESALE MORTGAGE, LLC., c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                      Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Craig A. Diehl | on behalf of Creditor Estate of Scott Monto cdiehl@cadiehllaw.com  jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Craig A. Diehl | on behalf of Interested Party Zachary R. Monto cdiehl@cadiehllaw.com jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Craig A. Diehl | on behalf of Plaintiff Kelly Monto Executrix of Scott Monto Estate cdiehl@cadiehllaw.com jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Garrett Wilson | on behalf of Creditor Lakeview Loan Servicing LLC garrett.mac.wilson@gmail.com |

Jack N Zaharopoulos

    ecf@pamd13trustee.com

Jason Paul Provinzano

    on behalf of Defendant Michaelle Ann Monto MyLawyer@JPPLaw.com
    g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com

Jason Paul Provinzano

    on behalf of Debtor 1 Michaelle Ann Monto MyLawyer@JPPLaw.com
    g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com

Mario J. Hanyon

    on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew K. Fissel

    on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michael A. Trimmer

    on behalf of Plaintiff Kelly Monto Executrix of Scott Monto Estate MTrimmer@cadiehllaw.com  mat002@aol.com

Ronald V. Santora

    on behalf of Mediator Ronald V Santora ronsantoraesq@aol.com  gianna@bressetsantora.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:23-bk-01190-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Michaelle Ann Monto
28 Ashton Rd
Harveys Lake PA 18618-3174

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/14/2026.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 21: UNITED WHOLESALE MORTGAGE, LLC., c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 | M&T Bank<br>PO Box 840<br>Buffalo, NY 14240<br>M&T Bank<br>PO Box 840<br>Buffalo, NY 14240 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/17/26

Seth F. Eisenberg
**CLERK OF THE COURT**